EDGAR A. SAMUEL, as Receiver of the Property of JOSEPH DANKO-WITZ, Respondent, *v.* PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant.*

Supreme Court, Appellate Term, First Department, March 10, 1932.

* Revg. 140 Misc. 744.

*Moses & Singer,* for the appellant.

*Abraham Singer,* for the respondent.

PER CURIAM. By virtue of the provisions of the agreement between the bank and its depositor, as well as the right given to the bank under section 151 of the Debtor and Creditor Law, the bank was justified in applying the credit balance of the judgment debtor toward the payment of his unmatured indebtedness to the bank.

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur; present, LYDON, FRANKENTHALER and UNTERMYER, JJ.